IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JOSEPH COSSEY,
ADC #659593                                                                                          PLAINTIFF

v.                              Case No. 1:17-cv-00115-KGB-JTK

MARK COUNTS, *et al.*                                                                            DEFENDANTS

## ORDER

Before the Court are Proposed Findings and Recommendations filed by United States Magistrate Judge Jerome T. Kearney (Dkt. No. 7). No objections to the Proposed Findings and Recommendations have been filed, and the time for filing objections has passed. After review, this Court adopts the Proposed Findings and Recommendations in their entirety as this Court's findings in all respects. Plaintiff Joseph Cossey's complaint is hereby dismissed without prejudice for failure to prosecute (Dkt. No. 2).

So ordered this 25th day of June, 2018.

Kristine G. Baker
United States District Judge