IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JOSEPH COSSEY,
ADC #659593                                                                              PLAINTIFF

v.                       Case No. 1:17-cv-00115-KGB-JTK

MARK COUNTS, *et al*.                                                                 DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that plaintiff Joseph Cossey's claims are dismissed without prejudice.

So adjudged this 25th day of June, 2018.

_____
Kristine G. Baker
United States District Judge